UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELVIN WELLS, ET AL

VERSUS

CRAIG FUGATE, ET AL

CIVIL ACTION

NO. 09-1012-BAJ-SCR

RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 12, 2010. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the plaintiffs' claims against defendants, Federal Emergency Management Agency (FEMA) and W. Craig Fugate, shall be **DISMISSED**, pursuant to Rule 4(m), for failure to timely complete service of process by serving the U.S. Attorney for this district.

Baton Rouge, Louisiana, November 3, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA